UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

IN RE:

BRITTNEY NIX-CRAWFORD

CHAPTER 13

CASE NO.: 19-17482-amc

Debtor,

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The above captioned Debtor having moved this Court by Motion for an Order pursuant to Fed. R. Bank. P. 9024 to reinstate debtor's case; and a hearing having been held thereon; and due deliberation having been held thereon; it is

**ORDERED**, that Debtor's motion to reinstate her case is granted and this case is hereby reinstated; and it is further

A(n) Order Dismissing Debtor's Chapter 13 Case was entered on December 11, 2019.

**IT IS ORDERED** that the Order Dismissing Debtor's Case is VACATED.

By the Court,

_____

Hon. Ashely M. Chan
United States Bankruptcy Judge

Dated: **January 14, 2020**