United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-17482-amc
Brittney Nix-Crawford                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 1           Date Rcvd: Jan 14, 2020
                              Form ID: pdf900         Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2020.
db              +Brittney Nix-Crawford,    254 West Essex Avenue,    Lansdowne, PA 19050-1509
14438507        +American Express,    PO Box 981537,    El Paso, TX 79998-1537
14438508        +Capital One/Lord & Taylor,    PO Box 30253,    Salt Lake City, UT 84130-0253
14438509        +Cenlar FSB,    PO Box 77404,    Trenton, NJ 08628-6404
14438510        +Chysler Capital,    PO Box 961212,    Fort Worth, TX 76161-0212
14438511        +Citicards CBNA,    5800 South Corporate Place,    Sioux Falls, SD 57108-5027
14438515        +DSNB/Macys,    PO Box 8113,    Mason, OH 45040-8113
14442523        +Lakeview Loan Servicing, Inc,    C/O KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
14438518         Wells Fargo EFS,    PO Box 847212,    Sioux Falls, SD 57118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Jan 15 2020 02:58:49     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 15 2020 02:58:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 15 2020 02:58:42     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14438512        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 15 2020 02:58:22     Comenity Bank/VCTRSSEC,
                 PO Box 182789,    Columbus, OH 43218-2789
14438513        +E-mail/Text: electronicbkydocs@nelnet.net Jan 15 2020 02:58:36     Department of Education,
                 PO Box 82561,    Lincoln, NE 68501-2561
14438514        +E-mail/Text: electronicbkydocs@nelnet.net Jan 15 2020 02:58:36
                 Department of Eduction/Nelnet,    PO Box 82561,    Lincoln, NE 68501-2561
14438516         E-mail/Text: camanagement@mtb.com Jan 15 2020 02:58:22     M&T Bank,    PO Box 900,
                 Millsboro, DE 19966
14438517        +E-mail/Text: bnc@nordstrom.com Jan 15 2020 02:58:20     NordstromTDBankUSA,
                 13531 E Caley Avenue,    Englewood, CO 80111-6505
                                                                                          TOTAL: 8

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                          Signature:  /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2020 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor   LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              ROBERT LEITE-YOUNG    on behalf of Debtor Brittney  Nix-Crawford rleite@roachleite.com,
               lanette@roachleite.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 4

## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**IN RE**:                                                  CHAPTER 13

**BRITTNEY NIX-CRAWFORD**

                                             CASE NO.: 19-17482-amc

                    Debtor,

* * * * * * * * * * * * * * * * * * * * * * * * * *
### ORDER

  **The above captioned Debtor having moved this Court by Motion for an Order** pursuant to Fed. R. Bank. P. 9024 to reinstate debtor's case; and a hearing having been held thereon; and due deliberation having been held thereon; it is

  **ORDERED**, that Debtor's motion to reinstate her case is granted and this case is hereby reinstated; and it is further

  A(n) Order Dismissing Debtor's Chapter 13 Case was entered on December 11, 2019**.**

  **IT IS ORDERED** that the Order Dismissing Debtor's Case is VACATED.


                                        By the Court,

                                        _____

**Dated:  January 14, 2020**                 Hon. Ashely M. Chan
                                        United States Bankruptcy Judge