# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                                    Chapter 13

                                                  Bankruptcy No. 19-17482-AMC

BRITTNEY NIX-CRAWFORD

254 WEST ESSEX AVENUE

LANSDOWNE, PA 19050-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    BRITTNEY NIX-CRAWFORD

    254 WEST ESSEX AVENUE

    LANSDOWNE, PA 19050-

Counsel for debtor(s), by electronic notice only.

    ROBERT LEITE-YOUNG
    LAW OFFICE ROBERT LEITE-YOUNG
    6950 CASTOR AVENUE
    PHILADELPHIA, PA 19149-

Date: 3/2/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee