UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
BRITTNEY NIX-CRAWFORD

Chapter 13

Debtor

Bankruptcy No. 19-17482-AMC

## ORDER

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

3/25/20

Ashely M. Chan  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
ROBERT LEITE-YOUNG  
LAW OFFICE ROBERT LEITE-YOUNG  
6950 CASTOR AVENUE  
PHILADELPHIA, PA 19149-

Debtor:  
BRITTNEY NIX-CRAWFORD

254 WEST ESSEX AVENUE

LANSDOWNE, PA 19050-