United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-17482-amc
Brittney Nix-Crawford                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Mar 25, 2020
                             Form ID: pdf900          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
db             +Brittney Nix-Crawford,    254 West Essex Avenue,    Lansdowne, PA 19050-1509
14438507       +American Express,   PO Box 981537,    El Paso, TX 79998-1537
14458681        American Express National Bank,   c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
14438508       +Capital One/Lord & Taylor,   PO Box 30253,    Salt Lake City, UT 84130-0253
14438509       +Cenlar FSB,   PO Box 77404,   Trenton, NJ 08628-6404
14463559       +Chrysler Capital,   P.O. Box 961275,    Fort Worth, TX 76161-0275
14438510       +Chysler Capital,   PO Box 961212,    Fort Worth, TX 76161-0212
14438511       +Citicards CBNA,   5800 South Corporate Place,    Sioux Falls, SD 57108-5027
14438515       +DSNB/Macys,   PO Box 8113,   Mason, OH 45040-8113
14442523       +Lakeview Loan Servicing, Inc,    C/O KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
14464698       +Lakeview Loan Servicing, LLC,    PO Box 840,   Buffalo, NY 14240-0840
14461691        Wells Fargo Bank, N.A.,    Wells Fargo Education Financial Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
14438518        Wells Fargo EFS,   PO Box 847212,    Sioux Falls, SD 57118

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Mar 26 2020 03:26:32    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 26 2020 03:26:16
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 26 2020 03:26:31    U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14458336        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 26 2020 03:35:20
                 Ashley Funding Services, LLC,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
14438512       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 26 2020 03:26:13    Comenity Bank/VCTRSSEC,
                 PO Box 182789,   Columbus, OH 43218-2789
14438513       +E-mail/Text: electronicbkydocs@nelnet.net Mar 26 2020 03:26:27    Department of Education,
                 PO Box 82561,   Lincoln, NE 68501-2561
14438514       +E-mail/Text: electronicbkydocs@nelnet.net Mar 26 2020 03:26:27
                 Department of Eduction/Nelnet,   PO Box 82561,   Lincoln, NE 68501-2561
14438516        E-mail/Text: camanagement@mtb.com Mar 26 2020 03:26:13    M&T Bank,   PO Box 900,
                 Millsboro, DE 19966
14438517       +E-mail/Text: bnc@nordstrom.com Mar 26 2020 03:26:09    NordstromTDBankUSA,
                 13531 E Caley Avenue,   Englewood, CO 80111-6505
                                                                                       TOTAL: 9

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                              Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
          REBECCA ANN SOLARZ   on behalf of Creditor  LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          ROBERT  LEITE-YOUNG   on behalf of Debtor Brittney  Nix-Crawford rleite@roachleite.com,
          lanette@roachleite.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                       TOTAL: 4

# UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              Chapter 13
BRITTNEY  NIX-CRAWFORD


                    Debtor          Bankruptcy No. 19-17482-AMC

# O R D E R

    **AND NOW,** upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.

3/25/20          _____
                      Ashely M. Chan
                      Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT LEITE-YOUNG
LAW OFFICE ROBERT LEITE-YOUNG
6950 CASTOR AVENUE
PHILADELPHIA, PA 19149-


Debtor:
BRITTNEY  NIX-CRAWFORD

254 WEST ESSEX AVENUE

LANSDOWNE, PA 19050-