# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**IN RE**:

**BRITTNEY NIX-CRAWFORD**

CHAPTER 13

CASE NO.: 19-17482-amc

Debtor,

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PRAECIPE TO WITHDRAW

Dear Sir/Madam:

The undersigned wishes to withdraw Debtor's Motion to Reinstate a Chapter 13 Case filed on April 9, 2020 (document #37) and the corresponding Notice (document #38). Kindly marked the matter withdrawn.

Respectfully submitted,

Date: May 18, 2020

/s Robert L. Young
Robert L.Young, Esquire
Attorney debtor
6950 Castor Avenue
Philadelphia, PA 19149
215.664.2353